UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-493 DMG(JC) | Date | November 23, 2011 |
|---|---|---|---|
| Title | Francois Tabi v. Officer Ortega, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**   (IN CHAMBERS)

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORT**

On September 8, 2011, this Court issued a Case Management and Scheduling Order which directed each party, *inter alia*, to file and serve a status report no later than November 8, 2011.  See September 8, 2011 Order, ¶ 9.  To date, plaintiff has failed to file a status report or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **December 7, 2011**, as to why this case should not be dismissed for failure to prosecute in light of plaintiff's failure to file a status report.

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

| | Initials of Deputy Clerk | hr |
|---|---|---|